UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL STEWART,

                Plaintiff,

  -v-

DEARJULIUS.COM, INC.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 9915 (JPO) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on November 20, 2023 (ECF No. 8), with Defendant's Answer due on November 11, 2023. See Fed R. Civ. P. 12(a)(1)(A)(i). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **January 5, 2024** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable J. Paul Oetken, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **January 12, 2024.**

Dated:      New York, New York
              December 18, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**