

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

January 9, 2024

> Plaintiff's request at ECF No. 13 is GRANTED. Plaintiff's deadline to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable J. Paul Oetken, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55, is EXTENDED to **February 11, 2024**.
>
> The Clerk of Court is respectfully directed to close ECF No. 13.
>
> SO ORDERED.   1/9/2024
>
> *SARAH L. CAVE*
> *United States Magistrate Judge*

**VIA ECF**
Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

Re:   Michael Stewart *v.* DEARJULIUS.COM INC.
      Case No. 1:23-cv-09915-JPO-SLC

Dear Judge Cave:

   We are the attorneys for Michael Stewart ("*Plaintiff*") in the above-referenced matter. Pursuant to Paragraphs 1(A) and 1(D) of Your Honor's Individual Practices, Plaintiff respectfully moves this Court for a further (30) day extension of time until February 11, 2024, for Plaintiff to file a motion for default judgment against DEARJULIUS.COM INC. ("*Defendant*").

   In support of this Motion, Plaintiff includes the following:

   (1) the original date for Plaintiff to file a motion for default judgment is January 12, 2024, via the Court's December 18, 2023, Order (*Dkt. No. 9*);

   (2) this is Plaintiff's first request for an extension of time;

   (3) good cause exists for Plaintiff's request as, given the Court's preferred and general interest in resolving matters on the merits, Plaintiff has made efforts to notify Defendant of the pendency of this action as well as the Clerk of Court's Certificate of Default (*Dkt. No. 12*) by which Plaintiff respectfully requests additional time in which to continue its efforts so as to entice Defendant to respond and/or appear in this matter;

   (4) in that Defendant has yet to make an appearance in this matter, there was no party with which Plaintiff could inquire as to their consent of this application.