UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL STEWART,

                Plaintiff,

v.

DEARJULIUS.COM INC.,

                Defendant.

Case No. 1:23-cv-09915-JPO-SLC

## DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on plaintiff Michael Stewart's ("*Plaintiff*") application for entry of a default judgment against defendant DEARJULIUS.COM INC. ("*Defendant*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS,** Plaintiff filed his application for entry of default judgment seeking $50,000 in statutory damages for copyright infringement, $5,650.00 in attorneys' fees, and $463.00 in costs plus interest.

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered works; it is

**FURTHER ORDERED** that Defendant shall pay $50,000 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $5,650.00 in attorneys' fees and $463.00 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); it is

**FURTHER ORDERED,** that Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

*The Clerk of Court is directed to mark this case as closed.*

Dated:  March 22, 2024                                               **SO ORDERED.**

_____
J. PAUL OETKEN
United States District Judge